# THE ATTORNEY GENERAL
## OF TEXAS
GROVER SELLERS      AUSTIN 11, TEXAS
XXXXXXXXXXXXXXXXXXXXXXX
ATTORNEY GENERAL


(     This Opinion over- )
(rules Opinion #O-5006 in)
(so far as it conflicts. )

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Mr. Sheppard:            Opinion No. O-6449
Re: Whether under the terms of either
H. B. No. 176 of the 48th Legislature or
H.B. No. 3 of the 49th Legislature, the
unexpended balances of the amount appro-
priated for the fiscal year 1943-1944 may
be carried forward into the year 1944-1945
and applied to salaries, transportation,
etc., accruing during that fiscal year.

Your request for an opinion upon the above subject matter is in part
as follows:

"Please refer to your opinion number O-6193 interpretation of H. B. 3. As
stated in our previous question, there is an unexpended balance of the appro-
priation for the fiscal year 1943-1944 in the amount of $1,184,655. Senate
Bill 176 48th Legislature appropriates $9,800,000 for the fiscal year 1944-
1945. House Bill 3, 49th Legislature appropriates $1,575,082 for the fiscal
year 1944-1945. Please tell us whether or not the unexpended balance of the
amount appropriated for the fiscal year 1943-1944 may be carried forward in-
to the year 1944-1945 and applied to salaries, transportation, etc., accru-
ing during the fiscal year 1944-1945, under the terms of either SB 176 or
HB3."

Article 13 of House Bill No. 176, Chapter 373, of the 48th Legisla-
ture, Regular Session, in its entirety is as follows:

"Section 1. Appropriation. For the purpose of promoting the equalization
of educational opportunities afforded by the State of Texas, to all enumer-
ated scholastics within the State as herein provided, and for the purpose
hereinabove set out, there is hereby appropriated out of the General Revenue
Fund of the State of Texas, not otherwise appropriated, the sum of Nine
Million Eight Hundred Thirty Thousand, Nine Hundred and Ninety Dollars
($9,830,990) for the school year ending August 31, 1944, and Nine Million
Eight Hundred Thirty Thousand, Nine Hundred and Ninety Dollas ($9,830,990)
for the school year ending August 31, 1945, or so much thereof as may be
necessary for the biennium ending August 31, 1945, to be allocated and
expended under the provisions of this Act by the State Department of Educa-
tion and under the supervision of the Legislative Accountant.

"Sec. 2. Allocation. It is hereby specifically provided that out of the money appropriated for each school year of the biennium the sume of Five Million Three Hundred Seventy-eight Thousand, Four Hundred and Twenty Dollars ($5,378,420) is hereby set aside for Salary Aid; Nine Hundred and Twenty Thousand Dollars ($920,000) for High School Tuition; Three Million Four Hundred and Forty Thousand Dollars ($3,440,000) for Transportation Aid; Seventy One Thousand Three Hundred and Seventy Dollars ($71,370) for the administration of this Act as provided herein; Twenty-one Thousand and Two Hundred Dollars ($21,200) for the expenses of the Legislative Committee, the salary of the Legislative Accountant, and for such other and necessary expenses incident to the duties of the Legislative Accountant. Such Legislative Accountant shall be paid a salary of not more than Four Thousand and Two Hundred Dollars ($4,200.00) per year out of the sum hereby allocated. Any unexpended balance under either of the above allocations at the end of the first year of the biennium shall be transferred by order of the State Superintendent of Public Instruction and the approval of the Legislative Accountant to any allocation herein created and set up."

House Bill No. 3, Chapter 3 of the 49th Legislature, Regular Session amends Section 2 of this Article and reads as follows:

"Section 2. Allocation. It is hereby specifically provided that out of the money appropriated for t he school year of 1944-1945 the sum of Nine Million One Hundred Ninety-one Thousand Dollars ($9,191,000.00) is hereby set aside for Salary Aid; ThreeMillion Seven Hundred Sixty-three Thousand Dollars ($3,763,000.00) for Transportation Aid; Six Hundred Eighty Thousand Dollars ($680,000.00) for High School Tuition; Seventy-one Thousand Three Hundred and Seventy Dollars ($71,370.00) for the administration of this Act as provided herein; Twenty-one Thousand and Two Hundred Dollars ($21,200.00) for the expenses of the Legislative Committee, the salary of the Legislative Accountant, and for such other and necessary expenses incident to the duties of the Legislative Accountant. Such Legislative Accountant shall be paid a salary of not more than Four Thousand Two Hundred Dollars ($4,200.00) per year out of the sum hereby allocated. Any unexpended balance under either of the above allocations at the end of either year of the biennium may be transferred by order of the State Superintendent of Public Instruction and the approval of the Legislative Accountant to any allocation herein created and set up."

The answer to your inquiry involves a construction of Section 2, as it originally existed under House Bill 176, and the amended Section 2, as it now exists under House Bill No. 3.

The final paragraph of Section 2 of House Bill 176, as will be seen from the first above quotation, deals with "Any unexpended balance" of allocations at the end of the first year of the biennium. It made no similar provision for any unexpended balance of allocations for the second year of the biennium.

Section 2, as amended by House Bill 3 of the 49th Legislature, in the last paragraph provides:

"Any unexpended balance under either of the above allocations at the end
of either year of the biennium may be transferred by order of the State
Superintendent of Public Instruction and the approval of the Legislature
Accountant to any allocation herein created and set up." (Emphasis ours)

Now, it is needless to say Section 2 of House Bill 176 was the sole
controlling provision upon your question posed while it continued in exist-
ence. After the effective date of House Bill No. 3, Sec. 2, as there amend-
ed, became and continues to be the sole statutory provision for our guidance.
Moreover, Section 2 as amended is yet a part and parcel of House Bill 176,
as thus amended.

It is the opinion of this department that the final provision of
Section 2 of Article 13 is clear and unambiguous and requires that your
question be answered in the affirmative.

The language "any unexpended balance under either of the above
allocations," means such balances of allocations specifically made "above"
in that amendment. The language "at the end of either year of the bienni-
um" could not mean other than such balances at the end of the first fiscal
year and likeqise those at the end of the second fiscal year of the bienni-
um.

Of course, any unexpended balance of allocations contained in Sec-
tion 2 of House Bill No. 176 at the end of the first year of the biennium,
which had been transferred by the order of the StateSuperintendent of
Public Instruction and the approval of the Legislative Accountant prior to
the effective date of the amendment of House Bill No. 3, would be effective,
and such transferred funds would no longer be the "unexpended balances"
contemplated by the Act. House Bill No. 3 became effective February 5, 1945.

The construction we have given the statute comports with the elemen-
tary rules of statutory construction. In 39 Tex. Jur., p. 219, it is said:

"In accordance with what has already been said, when the language of a stat-
ute is unambiguous, and its meaning is clear, the statute will be construed
and given effect according to its terms. In such a case, the court is not
concerned with the policy or wisdom of the Act, nor with the probability
that its operation will entail diaastrous or mischievous results."

In the present case there is nothing to suggest that the result of
such interpretation of a statute in this instance will entail disaster or
bring about mischievous results whatsoever, but on the contrary its tenden-
cy is to support a clearly stated policy contained in original Section 2 --
that is, to authorize the supplementing of specific allocations from unex-
pended balances of other specific allocations in the Appropriation Act.

Opinion No. O-5006 addressed to the State Board of Education is overrruled insofar as it conflicts with this opinion.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ Ocie Speer

Ocie Speer
Assistant

APPROVED MAY 16 1945
/s/ GROVER SELLERS
ATTORNEY GENERAL OF TEXAS

OS-MR:egw

This Opinion considered and
approved in limited conference.